IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID L. TEDFORD                                                PLAINTIFF

v.                          Case No. 2:15-CV-02236

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                DEFENDANT

**O R D E R**

      The Court has received proposed findings and recommendations (Doc. 16) from United States Magistrate Judge Erin L. Setser. The Court has conducted a careful review of the findings and recommendations and of the timely objections (Doc. 17) filed by Plaintiff and Defendant's response (Doc. 18) to those objections. After reviewing the record *de novo* as to Plaintiff's objections, the Court finds the Magistrate's reasoning to be sound and further finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings.

      The Court therefore concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

      Judgment will be entered accordingly.

      IT IS SO ORDERED this 28th day of December, 2016.

                                                           /s/ P.K. Holmes, III
                                                           P. K. HOLMES, III
                                                           CHIEF U.S. DISTRICT JUDGE