IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID L. TEDFORD                                                                    PLAINTIFF

v.                                    Case No. 2:15-CV-02236

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 28th day of December, 2016.

/s/ P. K. Holmes, III
_____
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE